UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>OWN OUK,<br><br>          Defendant. | CASE NO. **2:24-mj-00693**<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged in the District of Hawaii with Distribution of Methamphetamine. The Court finds Defendant has failed to overcome the rebuttal presumption that he is both a flight risk. While Defendant has little to no known criminal history and his lawyer proffered Defendant has a verified place to live and has lived in the Seattle area for ten years, these positive factors are outweighed by the negative. Defendant faces a ten-year mandatory minimum sentence if convicted, has traveled internationally to broker drug deals, and indicated he was traveling to Thailand. Defendant's lack of criminal convictions is outweighed by the government's proffer that he has been engaged in large scale drug distribution for at least four

DETENTION ORDER - 1

years, was in possession of a very large amount of drugs as well as numerous firearms. The government's proffer indicates that contrary to Defendant's contention he is a law abiding citizen, he is if the government is correct a large scale drug trafficker. The Court concludes Defendant should remain in custody.

It is therefore **ORDERED**:

(1)  Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 30th day of October, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2